```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 19037
  ANGELA HAWKINS
                                             CHAPTER 13

                                             JUDGE: A. BENJAMIN GOLDGAR
        Debtor
  SSN XXX-XX-5200


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/16/07 .

    2.  The case was dismissed without confirmation, 12/21/2007.

------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST     PRINCIPAL
                                                              PAID         PAID
------------------------------------------------------------------------------
COMCAST                    UNSECURED       NOT FILED          .00          .00
COMED                      UNSECURED       NOT FILED          .00          .00
NORTH SHORE GAS            UNSECURED       NOT FILED          .00          .00
PENN FOSTER                UNSECURED       NOT FILED          .00          .00
ROBERT MORRIS COLLEGE      UNSECURED       NOT FILED          .00          .00
SANTA BARBARA BANK & TRU   UNSECURED       NOT FILED          .00          .00
SPRINT NEXTEL              UNSECURED       NOT FILED          .00          .00
US CELLULAR                UNSECURED       NOT FILED          .00          .00
        Summary of disbursements:
------------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   .00          .00         .00           .00           .00
PRINCIPAL PAID       .00          .00         .00           .00           .00
INTEREST PAID        .00          .00         .00           .00           .00
TOTAL PAID           .00          .00         .00           .00           .00
The Debtor's attorney, STEFANS STEFANS & STEFANS    , was allowed $       .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 03/11/08             /S/
                           GLENN STEARNS
                           CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
CASE NO. 07 B 19037 ANGELA HAWKINS
```